DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAMES ADAMS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-2629

[February 24, 2022]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Ernest A. Kollra, Judge; L.T. Case No. 07-002371CF10A.

James Adams, Miami, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and FORST, JJ., concur.

*       *       *

***Not final until disposition of timely filed motion for rehearing.***